UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SCOT COHEN,

                             Plaintiff(s),                    CIVIL ACTION
                                                     FILE NO.: 08 CV 3267
          -against-

YURI KUPERMAN AKA YURI KUPER,

                             Defendant(s).
-------------------------------------------------------------------X

TO: Yuri Kuperman aka Yuri Kuper, 46 Town Hill Rd, Goshen CT  06756 – 1523 and
Sadovny Triumfalnay, Building 4/10 Apt 87 Moscow Russia

### NOTICE OF MOTION FOR DEFAULT JUDGMENT

      Please take notice that upon the affirmation of Raphael Weitzman, Esq., attorney

for the Plaintiff, a copy of which is annexed, and upon all other moving papers, the

undersigned will move this court at the United States District Court, Southern District of

New York, located at U.S. Courthouse 40 Foley Square, New York, NY 10007-1581, on

May 19, 2008 at 9:30 AM or as soon thereafter as counsel can be heard for an Order

entering Default Judgment in favor of plaintiff and against the defendant on the ground

that defendant has failed to answer or otherwise defend as to the complaint of the

plaintiff, a copy of which is attached hereto as Exhibit A. The defendant is not in the

military service of the United States, as more particularly shown by the affidavit of

plaintiff's counsel attached hereto as Exhibit B (or as the case may be).

Dated:      New York, New York
             May 5, 2008

RAPHAEL WEITZMAN
Weitzman Law Offices, L.L.C.
Attorneys for Plaintiff(s)
110 Wall Street,11[th] Floor
New York, New York 10005
212-248-5200