UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCOT COHEN,

                                    Plaintiff(s),                      DECLARATION

             -against-

                                                                   CIVIL ACTION
YURI KUPERMAN AKA YURI KUPER,                                          FILE NO.: 08 CV 3267

                                  Defendant(s).

------------------------------------------------------------------X

Raphael Weitzman, under the penalty of perjury, deposes and says:

1. I am an attorney duly licensed to practice law in the State of New York and am a member of Weitzman Law Offices, L.L.C. attorneys for the Plaintiff herein.

2. I am fully familiar with all the facts and circumstances of this action from a review of the legal file of this case maintained in this office.

3. I submit this declaration in support of the within motion for Default Judgment.

4. The above captioned action was brought on behalf of Plaintiff, and involves a claim for the sum of $125,000 plus 9.75 % interest from 30th April, 2006, due on a promissory note which was executed and delivered to the defendant by the plaintiff.

5. This action was commenced by service of a Summons and Verified Complaint on Defendants on April 2, 2008 (Exhibit B).

6. The time for the Defendant YURI KUPERMAN to answer or move with respect to the Complaint has expired and the Defendant YURI KUPERMAN has not answered or moved with

respect to the complaint.

7. The Defendant YURI KUPERMAN's time to plead has not been extended, and he is now in Default in pleading.

8. No prior application for Default Judgment has been requested.

WHEREFORE, deponent respectfully asks for an Order of Default Judgment in the favor of the Plaintiff and against the Defendant YURI KUPERMAN for the relief demanded in the complaint and for any other and further relief this court deems just and necessary.

Dated:     New York, New York
           May 5, 2008

_____
RAPHAEL WEITZMAN