STATE OF NEW YORK :
                                ss.:
COUNTY OF NEW YORK:


**RAPHAEL WEITZMAN**, an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

I am not a party to the action, am over the age of eighteen (18) years and reside in New York, State of New York.
On May 5, 2008, I served the within

NOTICE OF MOTION

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth after each name:

Yuri Kuperman aka Yuri Kuper,
46 Town Hill Rd
Goshen CT  06756 – 1523

Yuri Kuperman aka Yuri Kuper,
Sadovny Triumfalnay,
Building 4/10 Apt 87
Moscow Russia

Dated:      New York, New York
            May 5, 2008

_____
Raphael Weitzman