```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SCOT COHEN,

                    Plaintiff,

       - against -                         08 Civ. 3267(JES)

YURI KUPERMAN AKA YURI KUPER,              ORDER

                    Defendant.
----------------------------------------X
```

Counsel to plaintiff in the above-captioned action having appeared before the Court, and plaintiff having sought leave of the Court to Submit a Motion for Default Judgment, and the Court having considered all matters raised, it is

**ORDERED** that plaintiff shall be and hereby is granted leave to submit his Motion for Default Judgment on or before May 9, 2008; and it is further

**ORDERED** that plaintiff shall serve both such Motion and a copy of this Order upon defendant by certified mail at defendant's last known address; and it is further

**ORDERED** that defendant shall respond to plaintiff's Motion on or before June 9, 2008; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on July 10, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         May   8  , 2008

                                    _____
                                    John E. Sprizzo
                                    United States District Judge