Statement of Robert Harvey-Jenner
Exhibits "A"
Dated 18th April 2008
Filed on behalf of the Plaintiff

## STATEMENT OF SERVICE

**BETWEEN**   Scott Cohen                                    **CLAIMANT**

AND

Yuri Kuperman AKA Kuper                                     **DEFENDANT**

Case Number: 08 CV 3267

I, Robert Harvey-Jenner of 19 Main Street, Garforth, Leeds LS25 1DS in the County of West Yorkshire, Process Server acting under the instructions of Weitzman LLC, Attorney for the Plaintiff will state as follows:

1. THAT I did on Wednesday the 2nd day of April 2008 at 18:30 hours personally serve the above named Defendant at Opera Gallery London, 134 New Bond Street, London W1S 2TF, with a Summons and Complaint In A Civil Action.

2. There is now shown to me marked "A" a true copy of the said documents so served as aforesaid.

3. The Said **Yuri Kuperman AKA Kuper** admitted his identity to me and I verily believe that I was speaking to the said **Yuri Kuperman AKA Kuper.**

4. I believe that the facts stated in this Statement are true.

Signed ........................................

SWORN at   Bosworths, 63 Bridge Street, Hampton Court, East Molesey
in the County of Surrey
this 18th day of April 2008

Before me, ..................................

A Solicitor empowered to administer Oaths

Andrew Pickard
Solicitor

BOSWORTHS
63 BRIDGE ROAD
HAMPTON COURT
EAST MOLESEY
SURREY
KT8 9ER

## Affidavit

**Statement filed by: -**

Robert Harvey-Jenner,
C/O P & B Collections
1st Floor, 19 Main Street
Garforth
Leeds
LS25 1DS

Tel: 0113 286 8380

**Agents to: -**

Weitzman Law Offices LLC
110 Wall Street, 11th Floor
New York
New York 10005

**Attorney to the Plaintiff**

≸AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 23 April 2008 - Wednesday |
| NAME OF SERVER (PRINT) | TITLE |
| MR ROBERT HARVEY-JENNER | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: OPERA GALLERY LONDON 134 NEW BOND STREET LONDON W1S 2TF

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  16th April 2008
             Date                Signature of Server

C/o 19 Main Street Garforth
Garforth Leeds LS25 1DS
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.