USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOT COHEN,

                           Plaintiff(s),

     -against-

YURI KUPERMAN AKA YURI KUPER,

                           Defendant(s).
------------------------------------------------------------X

CIVIL ACTION
FILE NO.: 08 CV 3267

DEFAULT JUDGMENT

This action having been commenced on April 1, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Yuri Kuperman Aka Yuri Kuper, on April 2, 2008 by personal service on Yuri Kuperman Aka Yuri Kuper, and a proof of service having been filed on 07/07/2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $125,000 with interest at 7 % from April 30, 2006 amounting to $145,553.79 plus costs and disbursements of this action in the amount of $576 amounting in all to $146,129.79.

Dated: New York, New York
       July , 2008

7-8-08

_____
John E Sprizzo
U.S.D.J.

This document was entered on the docket

1